IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILTON REGIONAL SEWER, AUTHORITY, | : | 4:13-CV-2786 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| | : | |
| TRAVELERS CASUALTY & SURETY CO. OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

June 24, 2014

In accordance with the Memorandum Opinion docketed this date, **IT IS HEREBY ORDERED THAT:**

1.  Defendant's Motion to Dismiss is GRANTED in part and DENIED in part.  ECF No. 3.

2.  Defendant's  unopposed Motion for Oral Argument is DENIED. ECF No. 10.

3.  Plaintiff is directed to file an amended complaint by July 7, 2014 or face dismissal pursuant to Fed. R. Civ. P. 41.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge